Cherylynn Costner
c/o 6621 Upper Applegate Road
Jacksonville, Oregon 97530
(458) 250-5299
cherylynncostner@gmail.com
Pro Se, Plaintiff

FILED 25 OCT 27 12:14USDC-ORM

OREGON JUSTICE DEPARTMENT
D.B.A.
In the United States District Court
of Oregon in Jackson County
(Medford)

|  |  |
|---|---|
| STATE OF OREGON,<br><br>                    Plaintiffs,<br>v.<br><br>CHERYLYNN COSTNER,<br><br>                    Defendant. | ] Case No.: 1:25-CV-01985-CL<br>]<br>] NOTICE OF REMOVAL OF PROSECUTION<br>] OF CHERYLYNN COSTNER AND<br>] RELATED EVICTION COMPLAINT.<br>] [28 U.S.C. 1441, 1446]<br>]<br>]<br>]<br>] |
| CORY HULTZ<br>                    Plaintiff,<br>v.<br>CHERYLYNN COSTNER,<br>                    Defendant. | ]<br>]<br>]<br>]<br>]<br>] |

To the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON MEDFORD DIVISION:

NOTICE OF REMOVAL Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant CHERYLYNN COSTNER hereby removes the above-captioned civil action from the Circuit Court of the State of Oregon for Jackson County to this Court. In support of removal, Defendant states as follows:

I.      Procedural History

The criminal action was commenced against Defendant in the Circuit Court of the State of Oregon for Jackson County on October 3, 2025, Case No. 23CR56034. Defendant was served with a copy of the Summons and Complaint on October 8, 2025. All documents served upon Defendant in the state court action are attached hereto as Exhibit A

(including the Complaint, Summons, and any other process, pleadings, or orders) No other defendants have been served in this action.

## II Timeliness of Removal

This Notice of Removal is filed within 30 days after Defendant's receipt of the initial pleading (the Complaint), as required by 28 U.S.C. § 1446(b)(1). Removal is also within one year of the commencement of the action, satisfying 28 U.S.C. § 1446(c).

The civil action was commenced against Defendant in the Circuit Court of the State of Oregon for Jackson County on October 13, 2025, Case No. 25LT23246. Defendant was served with a copy of the Summons and Complaint on October 8, 2025. All documents served upon Defendant in the state court action are attached hereto as Exhibit A (including the Complaint, Summons, and any other process, pleadings, or orders) No other defendants have been served in this action.

## III. Grounds for Removal: Federal Question Jurisdiction

This Court has original jurisdiction under 28 U.S.C. § 1331 because the Complaint presents a federal question arising under the laws of the United States. Specifically, Does the State of Oregon have the right to deprive me of my right to Court of Record and fair Notice of Charges and Right to be not be discriminated against as a widow based on her race and religious and political beliefs? Plaintiff's claims for relief arise under the Klu Klux Klan Act codified 42 USC 1983, 1986, 1987. as the Complaint alleges violations of Constitutional Rights to Due Process, Fair Notice of Charges, Rights to Consult with Counsel of own choosing as Star Chamber Proceeding were outlawed in 1215 with the signing of the Magna Carta, and Prohibition of unlawful Search and Seizure, and that Record shall not be Mutilated and to be heard by a Judge in compliance with the United States Constitution by Oath requirement compliance and reporting protections that implicate federal statutory duties.

The federal question appears in the Complaint itself, on its face, and forms a necessary element of at least one claim for relief.

1. The State of Oregon is violating Title 18 USC 1,2, 3, by prosecutingthe rightful party in possession of 16170 Highway 66, Ashland, Oregon, United States in favor to support a felonious fraud upon the Landlord Tenant Division of the Circuit Court of Oregon in Jackson County of an unsupported Simulated Legal Procedure containg no verified complaint, proof of claim or disclosure of alleged Trust.
2. The Jackson County Sheriffs Department Kidnapped the defendant at the pastors property 16061 Highway 66 in a shed with address 16151 which is the registered address of Mountain View Christian Church at 9:30 P.M. and detained at the Jackson County Jail to be released at 2:00 A.M..
3. At both the Pastor's and Costner's addresses the Sheriffs had no warrant, restraining order, or posted notice of No Tresspassing.

4. The action of arresting Costner without cause was in violation of the Klu Klux Klan Act codified in 42 United States Code 1983, 1985, 1986 to:
    a) intimidate Costner from exercising her civil rights under color of law and legal authority;
    b) Retaliate against Costner for suing Chief Sheriff Sickler for failure to investigate and prosecute embezzlement of approximately two and a hald million dollars against New Frontier Ranch and Wells Fargo in Ashland, Oregon;
    c) To prevent Costner from collecting the debt owed by Banner Bank aka Banner Corp of ten million forty thousand dollars 9410,040,000.00 u.s.d.) and the Vested Interest as Owner of the real property 16170 Highway 66, Ashland, Oregon.
    d) The alleged address on the criminal charge nor her presence at the alleged premises in question.
    e) Separate and tamper with evidence of criminal activity by Banner Bank as fraud upon the court by Sheriffs persuading the Mountain View Christian Church pastor to turn on Costner and deprive her of the personal property to be protected while litigation continued in the Banner Bank eviction against Daniel Kern, an alleged Owner Oppupant, which Costner was never named in the commercial interswtate Commerce Agreements with Walla Walla, Washungtn Banner Bank, see exhibits attached to exhibit A.
    f) Do pre-existing Covanents before Oregon became a state allow religious organizations too falsify with inpunity land ownershiop in favor of interstate commerce and Bait and Switvh actions of acting as spiritual advisors then switching to real estate brokers outside United States laws?

BANNER BANK has unlawfully taken possession of my house by a null and void order issued without subject matter jurisdiction under color of law as relief to an unverified eviction complaint, with no proof of claim or Disclosure of alleged trust upon request by the defendant when burden of proof is on plaintiff.

In the Interest of Justice, the discrimination against Costner for being a single white female Christian American with the right to exercise her rights under federal constitutional law must not be conspired against.

In addition, since the US Constitution grants our inalienable rights from God, it is sacreligious for the Jackson County Sheriffs to misnform and advise pastors of Christian churches when:

   a.) It interfers with the spiritual relationship Costner has with the God who grants her rights, and;

b.) Sheriffs have a Seperation of Powers which their acting as Bolskacivh legal advisors with the Greensprings Mountain Boys Militia is a treasonous act and should not be tolerated in any civil society.

Extrinsic fraud for intentional blockage of access to the courts so plaintiff can not get the information against Costner is simi9lar to the fraud in US District Court at Seattle Case No.: 2-17-cv-00601-RSL, Banner Bank Class Action for WAGE THEFT, not paying overtime to their own employees! The settlement being fifteen million after mthe historic age theft action lawsuit spanning seven years, 352 mortage loan oficers settled in February 2024 in Washington, Oregon, Caliornia and Idaho in the District Court of Seattle Waashington Hon Robert S. Lasnik, February 23, 2024.

Plaintiff's are withholding evidence and leave to Amend is requested should the Court not request the case files from the Circuit Court of the removed actions.

Costner has been under slander in her church by false allegations spread by the Sheriff's who have been trusted to be honest by the pastors of the church. Now in addition to the criminal case, Cory Hultz who has been named Associate Pastor has suddenly copied the Simulated Legal Process by filing a new complaint to evict Costner from a Mobile Home or Floating home at the property located at 1075 Baldy Creek Road, Ashland, Oregon 97520 under ORS 90.360 when the mobile home is not on his property, but being Tresspassed on under a lawless order by Banner Bank of Washington state.

## IV. Jurisdiction

This Court has original jurisdiction under 28 U.S.C. § 1332(a) because there is complete diversity of citizenship between Plaintiff (a citizen of Oregon) and Defendant financial institutioin of Washington state and the amount in controversy exceeds $75,000, exclusive of interest and costs, based on Plaintiff's demand for damages in excess of $100,000.

## V. Venue

Venue is proper in the Medford Division of this District pursuant to 28 U.S.C. § 1441(a) because the state court action is pending in Jackson County, Oregon, which falls within the Medford Division Jackson Counties. See Local Rule 3-2 (U.S. Dist. Ct., D. Or.). A substantial part of the events or omissions giving rise to the claims occurred in Jackson County, Oregon.

## VI. No Prior Federal Filing

No previous application, petition, or motion for removal of this action has been filed in this or any other federal court.

## VII. Effect of Removal

Upon the filing of this Notice of Removal, this action is deemed removed to this Court pursuant to 28 U.S.C. § 1446(d). Defendant will promptly provide written notice of this filing to all adverse parties and file a copy of this Notice with the Clerk of the Jackson County Circuit Court.

## VIII. Jury Demand

Defendant demands a trial by jury on all issues so triable pursuant to Fed. R. Civ. P. 38. WHEREFORE, Defendant respectfully requests that this Court accept removal of the above action and enter such orders as are just and proper.

Respectfully submitted,

Dated: October 27, 2025

CHERYLYNN COSTNER
Pro Se, as Accused Counter Claimant
6621 Upper Applegate Road
Jacksonville, Oregon 97530

CERTIFICATE OF SERVICE TO COURT

I certify that a true and correct copy of NOTICE OF REMOVAL OF PROSECUTION AND RELATED EVICTION COMPLAINT was served on the court, through the office of the clerk of the court, at the following address and served upon Mark Standson and Cory Hultz by Mail following ordinary business practices

    Mark Standson
    District Attorney Office
    815 10th Street
    Medford, Oregon 97530

    Cory Hultz
    1975 Baldy Creek Road
    Ashland, Oregon 97520

I declare under the penalty of perjury that the forgoing is correct under the laws of the United States.

_/s/ Phil Dollison_
Phil Dollison
6621 Upper Applegate Road
Jacksonville, Oregon 97530