IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF JACKSON

| | |
|---|---|
| STATE OF OREGON,<br>    Plaintiff,<br><br>vs.<br><br>CHERYLYNN COSTNER,<br>    Defendant | DISTRICT ATTORNEY'S<br>INFORMATION<br><br>Court No. 25CR56034 |

*RECEIVED AND FILED OCT 07 2025 TRIAL COURT ADMINISTRATOR DOCKETED BY*

The above-named CHERYLYNN COSTNER is accused by this Information, of the crime(s) of:

Count 1:    CRIMINAL TRESPASS IN THE SECOND DEGREE
           (C Misdemeanor; ORS 164.245)

committed as follows:

COUNT 1    CRIMINAL TRESPASS IN THE SECOND DEGREE
The defendant, on or about September 4, 2025, in Jackson County, Oregon, did unlawfully and knowingly enter or remain in or upon the premises located at 16170 HIGHWAY 66, ASHLAND.

All of the above-described conduct being contrary to the statutes in such cases made and provided, and against the peace and dignity of the State of Oregon.

Dated October 3, 2025 at Medford, Jackson County, Oregon

BY: _/s/ Mark Sandison_
Deputy District Attorney

Mark Sandison
Deputy District Attorney
Oregon State Bar No. 251530
mws

Arresting Agency Case #: MFS / 250004730 / Maynard
MFS / 250004730
Cherylynn Costner
District Attorney Case #: 381398
SID# 27935862    FBI# 443914X3    OLN: /
IDENTIFIERS:    W/F    Ht: 5'07    Wt: 115    Hair:    Eyes:
DOB: 05/16/1959

Page 1 – INFORMATION (STATE v. CHERYLYNN COSTNER; DA Case No. 381398)

*Verified Correct Copy of Original 10/7/2025*

JACKSON COUNTY DISTRICT ATTORNEY
Criminal Division
Medford, OR 97501
815 West 10th St
(541) 774-8181

Exhibit A